# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,         Civil Case Number: 98-74220

v.         JUDGE PAUL D. BORMAN
        MAG. JUDGE VIRGINIA MORGAN
DARYL L. SHACKELFORD,         UNITED STATES DISTRICT COURT

        Defendant.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT (DOC. NO. 24)

      Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying Defendant's Motion to Set Aside Default Judgment. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation denying Defendant's Motion to Set Aside Default Judgment.

      **SO ORDERED.**

                      s/Paul D. Borman
                      PAUL D. BORMAN
                      UNITED STATES DISTRICT JUDGE

Dated: November 13, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 13, 2006.

                      s/Denise Goodine
                      Case Manager